JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LARA,<br><br>    Petitioner,<br><br>vs.<br><br>J. SOTO, Acting Warden,<br><br>    Respondent. | Case No. CV 11-4067-RGK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 11, 2013

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1